PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 24 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

# United States District Court

## Eastern District of Washington

| | | |
|---|---|---|
| **United States of America** | ) | Case No. 2:13CR06005-001 |
| | ) | |
| vs | ) | |
| | ) | |
| **Kearns, Robert John** | | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Robert John Kearns, have discussed with Carrie A. Valencia, Pretrial Services/Probation Officer, modification of my release as follows:

**Modification of Condition #29**: Mr. Kearns has been on location monitoring/home detention since his pretrial release on March 20, 2013. According to information received from the United States Probation Officer in the Western District of Washington, Mr. Kearns has maintained a residence with his third party custodian, Rhonda Mannor; maintained employment and has complied with all other terms of his pretrial supervision since his release. It is respectfully requested, the defendant be placed on a curfew from 9:00pm to 6:00am, with location monitoring.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 10-21-13      _____ 10/24/2013
Signature of Defendant          Date         Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____       10/24/13
Signature of Defense Counsel          Date

[X]   The above modification of conditions of release is ordered, to be effective on 10/24/13.

[ ]   The above modification of conditions of release is <u>not</u> ordered.

_____    __10/24/13__
Signature of Judicial Officer            Date